UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RYE RIDGE CORP., et al.,
                    Plaintiffs

                 -against-

CINCINNATI INSURANCE COMPANY,
                    Defendant.
-------------------------------------------------------------X

20 Civ. 7132 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendant filed a motion to dismiss (Dkt. No. 25) and requested oral argument (Dkt. No. 28), identifying junior associates for argument per Individual Rule III.B.6. Plaintiffs informed the Court that they are unable to provide junior associates (Dkt. No. 32);

    WHEREAS, per the parties' status letter (Dkt. No. 28), the parties are currently pursuing fact discovery. It is hereby

    **ORDERED** that oral argument on Defendant's motion to dismiss is scheduled for **January 28, 2021, at 11:30 a.m.** on the following conference line: (888) 363-4749, access code: 558-3333. The timing of the conference is approximate, but the parties shall be ready to proceed at that time. Each side will be limited to fifteen minutes, and the movant may reserve a few minutes for rebuttal. The parties shall be prepared to address *10012 Holdings, Inc. d/b/a Guy Hepner v. Sentinel Insurance Company, Ltd.*, No. 20 Civ. 4471 (LGS), 2020 WL 7360252 (S.D.N.Y. Dec. 15, 2020). It is further

    **ORDERED** that discovery is STAYED pending resolution of Defendant's motion to dismiss.

Dated: December 29, 2020
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE