UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RYE RIDGE CORP., et al.,                                    :
                                    Plaintiffs              :
                                                            :       20 Civ. 7132 (LGS)
            -against-                                       :
                                                            :       ORDER
CINCINNATI INSURANCE COMPANY,                               :
                                    Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is **ORDERED** that oral argument on Defendant's motion to dismiss scheduled for January 28, 2021, at 11:30 a.m. is **adjourned** to **April 15, 2021, at 10:50 a.m.**

Dated: January 21, 2021
    New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**