```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RYE RIDGE CORP., et al.,                                    :
                                Plaintiffs                  :
                                                            :     20 Civ. 7132 (LGS)
                -against-                                   :
                                                            :     ORDER
CINCINNATI INSURANCE COMPANY,                               :
                                Defendant.                  :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is **ORDERED** that oral argument on Defendant's motion to dismiss scheduled for April 15, 2021, at 10:50 a.m. is **adjourned** *sine die*.

Dated: March 2, 2021
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**