UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
RYE RIDGE CORP., et al.,

                  Plaintiffs,

-against-

CINCINNATI INSURANCE COMPANY,

                  Defendant.

------------------------------------------------------------X

20 Civ. 7132 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated April 23, 2021, granted Defendant's motion to dismiss the Complaint and set a deadline of May 7, 2021, for Plaintiffs to seek leave to replead;

WHEREAS, Plaintiffs did not seek leave to replead. It is hereby

**ORDERED** that the case is closed.

The Clerk of Court is respectfully directed to close the case.

Dated: May 12, 2021
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**