# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RYE RIDGE CORP., dba Rye Ridge Deli

and HAROMAR, INC., dba Rye Ridge Deli
(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 CV 07132 ( LGS )(     )

-against-

**NOTICE OF APPEAL**

THE CINCINNATI INSURANCE COMPANY

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties:  Plaintiffs Rye Ridge Corp., and Haromar, Inc.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☒ order   entered on:   April 23, 2021
(date that judgment or order was entered on docket)

that:   Granting Defendant's Motion to Dismiss the Complaint

(If the appeal is from an order, provide a brief description above of the decision in the order.)

5/20/2021
Dated

Signature*

Panek, Gabriel, A.
Name (Last, First, MI)

250 Hudson Street, 8th Floor,     New York,     NY     10013
Address                           City          State  Zip Code

(212) 355-9500                    gpanek@lchb.com
Telephone Number                  E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2021, I caused the foregoing Notice of Appeal to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned action.

Dated: May 20, 2021                                             /s/ Gabriel Panek
                                                                                               Gabriel Panek